No. 87–509. PALM BEACH NEWSPAPERS, INC. v. HAGLER ET AL.; and PALM BEACH NEWSPAPERS, INC. v. FLORIDA; and

No. 87–510. MIAMI HERALD PUBLISHING CO. *v.* HAGLER ET AL.; and MIAMI HERALD PUBLISHING CO. *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Motion of respondent John W. Hagler for leave to proceed *in forma pauperis* granted. Certiorari denied.